SUZANNE A. TOLLEFSON (SBN 148552)
**LAW OFFICES OF JOHN A. BIARD**
Post Office Box 64093
St. Paul, MN 55164-0093
Telephone:   916-638-6610
Facsimile:    855-631-5920
E-Mail:       stollefs@travelers.com

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

BLAISE S. CURET (SBN 124983)
**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**
2000 Powell Street, Suite 830
Emeryville, CA 94608
Telephone:   415-352-6200
Facsimile:    415-352-6224
E-Mail:       bcuret@spcclaw.com

Attorneys for Defendant
ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:19-CV-01143-JAM-EFB<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSAL** |

Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and Defendant ZURICH AMERICAN INSURANCE COMPANY hereby stipulate under Federal Rule of Civil

Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

DATED:  June 2, 2020          LAW OFFICES OF JOHN A. BIARD

                              By:  /s/ Suzanne A. Tollefson
                                   SUZANNE A. TOLLEFSON
                                   Attorneys for Plaintiff Travelers Property
                                   Casualty Company of America

DATED:  June 2, 2020          SINNOTT, PUEBLA, CAMPAGNE
                              & CURET, APLC

                              By:  /s/ Blaise S. Curet
                                   BLAISE S. CURET
                                   Attorneys for Defendant
                                   Zurich American Insurance Company

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED:  June 3, 2020          /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE